JOHN LOWERY, Respondent, *v.* JOHN O. SPENCER et al., Appellants.

(Submitted March 9, 1888· decided March 23, 1888.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made October 24, 1885, which affirmed a judgment in favor of plaintiff, entered upon a verdict, and an order denying a motion for a new trial.

*Frederick L. Manning* for appellants.

*Charles H. Roys* for respondent.

Agree to dismiss appeal under subdivison 3 of section 191 of the Code of Civil Procedure, for want of proper certificate; no opinion.

All concur.

Appeal dismissed.